UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LANCE G. OWEN, a/k/a Lance George Owen, <br><br> Plaintiff, <br><br> vs. <br><br> DARIN YOUNG, TROY PONTO, JAN WAGNER, ART ALLCOCK, AW AT SDSP, <br><br> Defendants. | 4:15-CV-04087-KES <br><br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Plaintiff, Lance G. Owen, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to Magistrate Judge Veronica Duffy pursuant to 28 U.S.C. § 636(b)(1)(B) for the purpose of conducting any necessary hearings, including evidentiary hearings.

On December 29, 2016, the magistrate judge submitted her report and recommended that the defendants' motion for summary judgment on Owen's amended complaint be granted. Owen was notified in the report and recommendation that he had 14 days to file objections to the report. Even though no objections were filed that would require de novo review under *Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990), the court reviewed the matter de novo and finds that the magistrate judge's report and recommendation is adopted in full. Therefore, it is

ORDERED that:

1.  The report and recommendation of the magistrate judge (Docket 49) is adopted in full.

2.  Defendants' motion for summary judgment (Docket 43) is granted.

Dated January 26, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
District Court Judge